**FILED**
**AUG 1 0 2017**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; JAMES N. MATTIS, in his official capacity as Secretary of Defense; JOSEPH F. DUNFORD, JR., in his official capacity as Chairman of the Joint Chiefs of Staff; the UNITED STATES DEPARTMENT OF THE ARMY; RYAN D. MCCARTHY, in his official capacity as Secretary of the Army; the UNITED STATES DEPARTMENT OF THE AIR FORCE; HEATHER A. WILSON, in her official capacity as Secretary of the Air Force; the UNITED STATES COAST GUARD; ELAINE C. DUKE, in her official capacity as Secretary of Homeland Security; and the UNITED STATES OF AMERICA,

Defendants.

Case No.: 17-cv-1597

## ORDER

Upon consideration of the motion of plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, and Jane Doe 5 to proceed anonymously under pseudonyms, it is

**ORDERED** that the motion is **GRANTED** and that plaintiffs may proceed under pseudonyms.

This order may be subject to further review by the District Court ultimately assigned to the matter.

AMY BERMAN JACKSON
United States District Judge

DATE: August 10, 2017