# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JAMES N. MATTIS, in his official capacity as Secretary of Defense; JOSEPH F. DUNFORD, JR., in his official capacity as Chairman of the Joint Chiefs of Staff; the UNITED STATES DEPARTMENT OF THE ARMY; RYAN D. MCCARTHY, in his official capacity as Secretary of the Army; the UNITED STATES DEPARTMENT OF THE AIR FORCE; HEATHER A. WILSON, in her official capacity as Secretary of the Air Force; the UNITED STATES COAST GUARD; ELAINE C. DUKE, in her official capacity as Secretary of Homeland Security; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Civil Action No. 17-cv-1597 (CKK) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Kevin M. Lamb moves for the admission and appearance of attorney Alan E. Schoenfeld *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Alan E. Schoenfeld, which is filed herewith.

Dated:  August 30, 2017         Respectfully submitted,

                                     /s/ Kevin M. Lamb
                                     Kevin M. Lamb (D.C. Bar No. 1030783)
                                     WILMER CUTLER PICKERING HALE & DORR LLP
                                     1875 Pennsylvania Avenue NW
                                     Washington, D.C. 20006
                                     Phone: (202) 663-6000
                                     Fax: (202) 663-6363
                                     Attorney for Plaintiffs

CERTIFICATE OF SERVICE

      I hereby certify that, on this 30th day of August, 2017, a true and correct copy of the foregoing Motion for Admission of Attorney Alan E. Schoenfeld *Pro Hac Vice* has been served on the following parties via first class mail:

DONALD J. TRUMP
The White House
1600 Pennsylvania Ave. NW
Washington, D.C. 20500
Telephone: 202-456-1414

JAMES N. MATTIS
1000 Defense Pentagon, Room 3E880
Washington, D.C. 20301
Telephone: 703-692-7100

JOSEPH F. DUNFORD, JR.
9999 Joint Chiefs of Staff Pentagon
Washington, D.C. 20318
Telephone: 703-697-9121

UNITED STATES DEPARTMENT OF
THE ARMY
Office of the Secretary of the Army
101 Army Pentagon
Washington, D.C. 20310

RYAN D. MCCARTHY
102 Army Pentagon, Room 3E700
Washington, D.C. 20310
Telephone: 703-695-4311

UNITED STATES DEPARTMENT OF
THE AIR FORCE
1670 Air Force Pentagon
Washington, D.C. 20330
Telephone: 703-697-6061

HEATHER A. WILSON
1670 Air Force Pentagon
Washington, D.C. 20330
Telephone: 703-697-7376

UNITED STATES COAST GUARD
2703 Martin Luther King Jr. Ave. SE
Washington, D.C. 20593

ELAINE C. DUKE
Department of Homeland Security
245 Murray Lane SW, Building 410
Washington, D.C. 20528
Telephone: 202-282-8000

UNITED STATES OF AMERICA
Via Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

/s/  Kevin M. Lamb
Kevin M. Lamb (D.C. Bar No. 1030783)