## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JAMES N. MATTIS, in his official capacity as Secretary of Defense; JOSEPH F. DUNFORD, JR., in his official capacity as Chairman of the Joint Chiefs of Staff; the UNITED STATES DEPARTMENT OF THE ARMY; RYAN D. MCCARTHY, in his official capacity as Secretary of the Army; the UNITED STATES DEPARTMENT OF THE AIR FORCE; HEATHER A. WILSON, in her official capacity as Secretary of the Air Force; the UNITED STATES COAST GUARD; ELAINE C. DUKE, in her official capacity as Secretary of Homeland Security; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Civil Action No. 17-cv-1597 (CKK) |

### DECLARATION OF ALAN E. SCHOENFELD
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Alan E. Schoenfeld, hereby declare:

1. My name, office address, and telephone number are as follows:

    Alan E. Schoenfeld
    Wilmer Cutler Pickering Hale & Dorr LLP
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    Telephone: 212-937-7294

2. I am admitted to the following bars and courts:

    New York (Bar No. 4500898)
    New York, Appellate Division, First Department (4500898)
    U.S. District Court for the Southern District of New York (AS0229)

      U.S. District Court for the Eastern District of New York (AS1783)
      U.S. Court of Appeals for the First Circuit (1145020)
      U.S. Court of Appeals for the Second Circuit (09-196355)
      U.S. Court of Appeals for the Fifth Circuit
      U.S. Court of Appeals for the Sixth Circuit
      U.S. Court of Appeals for the Ninth Circuit
      U.S. Court of Appeals for the Tenth Circuit
      U.S. Court of Appeals for the Eleventh Circuit
      U.S. Court of Appeals for the D.C. Circuit
      United States Supreme Court

3. I am currently in good standing with all bars to which I am admitted and have never been subject to discipline by any bar.

4. I have not been admitted *pro hac vice* in this Court in the previous two years.

5. I currently practice law in an office located in New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated August 30, 2017

_____
Alan E. Schoenfeld