UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, and JANE DOE 5,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JAMES N. MATTIS, in his official capacity as Secretary of Defense; JOSEPH F. DUNFORD, JR., in his official capacity as Chairman of the Joint Chiefs of Staff; the UNITED STATES DEPARTMENT OF THE ARMY; RYAN D. MCCARTHY, in his official capacity as Secretary of the Army; the UNITED STATES DEPARTMENT OF THE AIR FORCE; HEATHER A. WILSON, in her official capacity as Secretary of the Air Force; the UNITED STATES COAST GUARD; ELAINE C. DUKE, in her official capacity as Secretary of Homeland Security; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 17-cv-1597 (CKK) |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION OF ATTORNEY ALAN E. SCHOENFELD *PRO HAC VICE***

The Court has reviewed the Plaintiffs' Motion for Admission of Attorney Alan E. Schoenfeld *Pro Hac Vice*.  Upon consideration of that motion, the Court grants attorney Alan E. Schoenfeld *pro hac vice* admission to this Court.


SO ORDERED.


DATE: _____                                              _____
                                                                                                Hon. Colleen Kollar-Kotelly
                                                                                                United States District Judge