UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, *et al.*,
    Plaintiffs

v.

DONALD J. TRUMP, *et al.*,
    Defendants

Civil Action No. 17-1597 (CKK)

**ORDER**
(September 10, 2017)

This Order addresses three administrative issues relating to Plaintiffs' Application for a Preliminary Injunction. First, the Court is in receipt of the parties' respective filings setting forth their positions regarding whether the Court's consideration of Plaintiffs' preliminary injunction application should be consolidated with its final determination of the merits of this case. Defendants oppose consolidation unless the Court's decision is deferred until after March 2018. Plaintiffs favor consolidation with respect to some Plaintiffs, so long as final judgment is issued before March 23, 2018, but simultaneously request that their preliminary injunction application be resolved on an expedited basis for other Plaintiffs.

Given the inability of the parties to agree on this issue and the inefficiency of Plaintiffs' proposal, the Court will not consolidate consideration of Plaintiffs' preliminary injunction application with the merits of the case. The parties are **ORDERED** to adhere to the previously-set briefing schedule for Plaintiffs' application for injunctive relief.

Second, Plaintiffs' [14] Request for Expedited Hearing is **DENIED**, as it was withdrawn by Plaintiffs during the September 1, 2017 Teleconference held with the Honorable Judge Amy Berman Jackson. During that teleconference, the parties jointly requested a briefing schedule that will not be complete until September 29, 2017, rendering Plaintiffs' request for a hearing prior to September 21, 2017 unworkable. Plaintiffs acknowledged during that teleconference,

without objection, that the hearing on their application would not take place until a date in October, which will be scheduled later.

Third, Plaintiffs' [15] Motion for Leave to File Documents under Seal is **GRANTED**, contingent on Plaintiffs filing redacted versions of the sealed documents on the public docket by no later than **September 21, 2017**. Having considered the factors discussed in *Doe v. United States Dep't of State*, No. 1:15-CV-01971, 2015 WL 9647660 (D.D.C. Nov. 3, 2015), the Court concurs with the earlier decision by Judge Amy Berman Jackson that good cause has been shown to allow Plaintiffs to proceed under pseudonyms in this case. Sealing portions of these documents is necessary to protect Plaintiffs' anonymity. However, any content in these documents that would not expose the identities of the Plaintiffs should be made publicly available.

Relatedly, Plaintiffs represent that the parties intend to submit to the Court a mutually agreeable protective order in this case. The parties are hereby **ORDERED** to do so by no later than **September 12, 2017**. Pending the issuance of such an Order—assuming the Court agrees to it—counsel for Defendants are **ORDERED** to treat these sealed documents as "Attorneys' Eyes Only" and are prohibited from disclosing them or their contents to the Defendants, the public, or to any individuals other than counsel for the Defendants, except with permission of counsel for the Plaintiffs or upon written application to the Court. Alternatively, the parties are free to work together to reach a mutually-agreeable solution about how to handle sealed information pending the issuance of a protective order in this case.

**SO ORDERED.**

                                                      /s/
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge