UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JOHN DOE 1, REGAN V. KIBBY, and DYLAN KOHERE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JAMES N. MATTIS, in his official capacity as Secretary of Defense; JOSEPH F. DUNFORD, JR., in his official capacity as Chairman of the Joint Chiefs of Staff; the UNITED STATES DEPARTMENT OF THE ARMY; RYAN D. MCCARTHY, in his official capacity as Secretary of the Army; the UNITED STATES DEPARTMENT OF THE NAVY; RICHARD V. SPENCER, in his official capacity as Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE AIR FORCE; HEATHER A. WILSON, in her official capacity as Secretary of the Air Force; the UNITED STATES COAST GUARD; ELAINE C. DUKE, in her official capacity as Secretary of Homeland Security; the DEFENSE HEALTH AGENCY; RAQUEL C. BONO, in her official capacity as Director of the Defense Health Agency; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 17-cv-1597 (CKK)<br><br>**FILED UNDER SEAL** |

**DECLARATION OF CHRISTOPHER R. LOONEY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION**

I, Christopher R. Looney, hereby declare:

1. All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

2. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr,

counsel for Plaintiffs in the above-captioned matter.

3. I provide this Declaration in support of Plaintiffs' Application for a Preliminary Injunction.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of ▮▮▮▮▮ referred to in the Amended Complaint for Declaratory and Injunctive Relief ("Complaint") and the Application for Preliminary Injunction as Jane Doe 1.

5. Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of ▮▮▮▮▮ referred to in the Complaint and the Application for Preliminary Injunction as Jane Doe 2.

6. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of ▮▮▮▮▮ referred to in the Complaint and the Application for Preliminary Injunction as Jane Doe 3.

7. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of ▮▮▮▮▮, referred to in the Complaint and the Application for Preliminary Injunction as Jane Doe 4.

8. Attached hereto as **Exhibit E** is a true and correct copy of the Declaration of ▮▮▮▮▮, referred to in the Complaint and the Application for Preliminary Injunction as John Doe 1.

I declare under pains of perjury that the foregoing is true and correct.

Dated:   August 31, 2017
         Boston, Massachusetts

_____
Christopher R. Looney