**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE 1**, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States, *et al.*,<br><br>　　　　Defendants. | Case No. 1:17-cv-01597-CKK |

**MOTION OF MEDICAL, NURSING, MENTAL HEALTH, AND OTHER
HEALTH CARE ORGANIZATIONS FOR LEAVE TO FILE BRIEF AS
*AMICI CURIAE* IN SUPPORT OF PLAINTIFFS**

Pursuant to Local Rule 7(o), *amici curiae* Medical, Nursing, Mental Health, and Other Health Care Organizations (hereinafter "proposed *amici*") move for leave to file the attached *amici curiae* brief in support of Plaintiffs' application for a preliminary injunction. In support of this motion, *amici* state as follows:

1.　The proposed *amici* are 11 leading medical and mental health organizations: American Academy of Family Physicians, American Academy of Nursing, American College of Physicians, American Medical Women's Association, American Nurses Association, Association of Medical School Pediatric Department Chairs, Endocrine Society, GLMA: Health Professionals Advancing LGBT Equality, National Association of Social Workers, Pediatric Endocrine Society, and World Professional Association for Transgender Health.

2.　Collectively, proposed *amici* represent hundreds of thousands of physicians, nurses, and mental health professionals, including specialists in family medicine, internal medicine, and endocrinology. Proposed *amici* share a commitment to improving the physical and mental health

of all Americans—regardless of gender identity—and to informing and educating lawmakers, the judiciary, and the public regarding the public health impacts of laws and policies. Proposed *amici* have significant interests in the physical and mental health of transgender service members, and in ensuring that laws and policies affecting them are consistent with the medical consensus concerning what it means to be transgender, and the protocols for treatment of gender dysphoria.

3.  This Court has "wide discretion in deciding whether to grant [third parties] leave to file an [amici] curiae brief." *Matter of Search of Info. Associated with [redacted]@mac.com that is Stored at Premises Controlled by Apple, Inc.*, 13 F. Supp. 3d 157, 167 (D.D.C. 2014). "Court[s] have permitted parties to file amicus briefs where 'the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs'" and where "'the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Id.* (quoting *Voices for Choices v. Illinois Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003), and *Jin v. Ministry of State Sec'y*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008)).

4.  Proposed *amici* believe that submission of the proposed *amicus* brief will assist the Court in deciding this matter by providing insight as to the medical consensus regarding what it means to be transgender; the protocols for the treatment of gender dysphoria; and the absence of any legitimate medical reason to exclude transgender individuals from military service or to deny service members access to medically necessary transition-related health care. Amici's "unique . . . perspective" is "not to be found in the parties' briefs," and amici's position is thus not adequately represented by any party. *Id.* Amici's perspective is desirable because it "can help the court beyond the help that the lawyers for the parties are able to provide." *Id.*

5.  The proposed *amicus* brief is attached. The submission of this brief is consistent

with the briefing schedule in this matter and will not result in any delay or prejudice to the parties.

6.   Counsel for amici contacted counsel for the parties to determine whether they oppose the filing of this brief.  Counsel for Plaintiffs have consented to the filing of this brief and Counsel for Defendants take no position on its filing.

7.   For the foregoing reasons, *amici* respectfully ask this Court to grant leave to *amici* to submit the attached *amici curiae* brief.

Dated:  October 4, 2017

Respectfully submitted,

JENNER & BLOCK LLP

 /s/  Scott B. Wilkens
Scott B. Wilkens (D.C. Bar No. 489631)
Devi M. Rao (D.C. Bar. No. 1004146)
1099 New York Avenue, NW Suite 900
Washington, DC  20001-4412
Telephone:    +1 202 639-6000
Facsimile:    +1 202 639-6066

swilkens@jenner.com

Benjamin J. Brysacz
633 West 5th St.
Suite 3600
Los Angeles, CA 90071
Telephone:    +1 213 239-5100
Facsimile:    +1 213 239-5199

*Attorneys for Proposed Amici Curiae Medical, Nursing, Mental Health, and Other Health Care Organizations*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 4, 2017, the foregoing Motion of Medical, Nursing, Mental Health, and Other Health Care Organizations for Leave to File Brief as *Amici Curiae* in Support of Plaintiffs, the attached Brief of *Amici Curiae* Medical, Nursing, Mental Health, and Other Health Care Organizations in Support of Plaintiffs, and the attached Proposed Order were served via the CM/ECF filing system of the United States District Court for the District of Columbia on all registered parties.

Dated: October 4, 2017                                 /s/ Scott B. Wilkens

                                                                   Scott B. Wilkens