**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE 1**, *et al.*,  Plaintiffs,  v.  **DONALD J. TRUMP**, in his official capacity as President of the United States, *et al.*,  Defendants. | Case No. 1:17-cv-01597-CKK |

**[PROPOSED] ORDER**

Upon consideration of the motion of the Medical, Nursing, Mental Health, and Other Health Care Organizations for leave to file as *amici curiae*, it is hereby

ORDERED that the motion of the Medical, Nursing, Mental Health, and Other Health Care Organizations for leave to file as *amici curiae* is GRANTED.

Date:_____                        _____
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge