UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1 *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>　　Defendants. | Civil Action No. 17-cv-1597 (CKK) |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that all Defendants appeal to the United State Court of Appeals for the District of Columbia Circuit from this Court's Order of October 30, 2017, ECF No. 60, granting plaintiffs' motion for preliminary injunction.

Dated: November 21, 2017

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　CHAD A. READLER
　　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　JOHN R. GRIFFITHS
　　　　　　　　　　　　　　　　　　　　　Branch Director

　　　　　　　　　　　　　　　　　　　　　ANTHONY J. COPPOLINO
　　　　　　　　　　　　　　　　　　　　　Deputy Director

　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew E. Carmichael*
　　　　　　　　　　　　　　　　　　　　　RYAN B. PARKER
　　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　　ANDREW E. CARMICHAEL
　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch

1

Telephone: (202) 514-4336
Email: Ryan.Parker@usdoj.gov
Email: Andrew.E.Carmichael@usdoj.gov

Counsel for Defendants