# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 17-5267**                      **September Term, 2017**

1:17-cv-01597-CKK

Filed On: January 4, 2018 [1711447]

Jane Doe 1, et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

## M A N D A T E

In accordance with the order of January 4, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

            BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk

Link to the order filed January 4, 2018