IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, *et. al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, *et. al.*,<br><br>    Defendants. | Civil Action No. 17-cv-1597 (CKK) |

**STIPULATION OF VOLUNTARY PARTIAL DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, John Doe 1, Regan V. Kibby, and Dylan Kohere, and Defendants Donald J. Trump, in his official capacity as President of the United States, James N. Matter, in his official capacity as Secretary of Defense, Joseph F. Dunford, Jr., in his official capacity as Chairman of the Joint Chiefs of Staff, the United States Department of the Army, Mark T. Esper, in his official capacity as Secretary of the Army, the United States Department of the Navy, Richard V. Spencer, in his official capacity as Secretary of the Navy, the United States Department of the Air Force, Heather Wilson, in her official capacity as Secretary of the Air Force, the United States Coast Guard, Kirstjen Nielsen, in her official capacity as Secretary of Homeland Security, the Defense Health Agency, Raquel C. Bono, in her official capacity as Director of the Defense Health Agency, and the United States of America, jointly stipulate (1) to the voluntary dismissal without prejudice of all claims asserted by Plaintiff Jane Doe 1 in this action; and (2) to the voluntary dismissal of all claims asserted against Defendants the United States Coast Guard and Kirstjen Nielsen, in her official capacity as Secretary of Homeland Security.  This Stipulation of Voluntary Partial Dismissal does not affect any claims asserted by the remaining Plaintiffs against the remaining Defendants in this matter.

February 14, 2018                                  Respectfully submitted,

Claire Laporte (*pro hac vice*)                    /s/ Paul R.Q. Wolfson
Matthew E. Miller (*pro hac vice*)                 Paul R.Q. Wolfson (D.C. Bar No. 414759)
Daniel L. McFadden (*pro hac vice*)                Kevin M. Lamb (D.C. Bar No. 1030783)
Kathleen M. Brill (*pro hac vice*)                 WILMER CUTLER PICKERING
Michael J. Licker (*pro hac vice*)                    HALE & DORR LLP
Rachel C. Hutchinson (*pro hac vice*)              1875 Pennsylvania Ave. N.W.
FOLEY HOAG LLP                                     Washington, D.C. 20006
155 Seaport Blvd.                                  Telephone: 202-663-6000
Boston, Massachusetts 02210                        Fax: 202-663-6363
Telephone: 617-832-1000
Fax: 617-832-7000                                  Alan E. Schoenfeld (pro hac vice)
                                                   WILMER CUTLER PICKERING
Jennifer Levi (*pro hac vice*)                        HALE & DORR LLP
Mary Bonauto (*pro hac vice*)                      7 World Trade Center
GLBTQ LEGAL ADVOCATES & DEFENDERS                  250 Greenwich St.
30 Winter St., Ste. 800                            New York, New York 10007
Boston, Massachusetts 02108                        Telephone: 212-230-8800
Telephone: 617-426-1350                            Fax: 212-230-8888
Fax: 617-426-3594
                                                   Christopher R. Looney (pro hac vice)
                                                   Harriet Hoder (pro hac vice)
Shannon P. Minter (*pro hac vice*)                 Adam M. Cambier (pro hac vice)
Amy Whelan (*pro hac vice*)                        WILMER CUTLER PICKERING
Christopher F. Stoll (*pro hac vice*)                 HALE & DORR LLP
NATIONAL CENTER FOR LESBIAN RIGHTS                 60 State Street
870 Market St., Ste. 370                           Boston, Massachusetts 02109
San Francisco, California 94102                    Telephone: 617-526-6000
Telephone: 415-392-6257                            Fax: 617-526-5000
Fax: 415-392-8442

                                                   Nancy Lynn Schroeder (pro hac vice)
                                                   WILMER CUTLER PICKERING
                                                      HALE & DORR LLP
                                                   350 S. Grand Ave., Ste. 2100
                                                   Los Angeles, California 90071
                                                   Telephone: 213-443-5300
                                                   Fax: 213-443-5400

                                                   *Attorneys for Plaintiffs*

CHAD A. READLER
Principal Deputy Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

/s/ Ryan B. Parker
RYAN B. PARKER
ANDREW E. CARMICHAEL
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-4336
Email: ryan.parker@usdoj.gov

*Attorneys for Defendants*