# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE 1,** *et al.*, <br><br>  Plaintiffs, <br><br> **v.** <br><br> **DONALD J. TRUMP,** *et al.*, <br><br>  Defendants. | **Civil Action No. 17-cv-1597 (CKK)** |

## DEFENDANTS' NOTICE

Defendants hereby notify the Court that on March 23, 2018, the President issued the attached memorandum regarding military service by transgender individuals.  *See* Exhibit 1.

March 23, 2018                           Respectfully Submitted,

 CHAD A. READLER
 Acting Assistant Attorney General
 Civil Division

 BRETT A. SHUMATE
 Deputy Assistant Attorney General

 JOHN R. GRIFFITHS
 Branch Director

 ANTHONY J. COPPOLINO
 Deputy Director

  /s/ *Ryan Parker*
 RYAN B. PARKER
 ANDREW E. CARMICHAEL
 Trial Attorney
 United States Department of Justice
 Civil Division, Federal Programs Branch
 Tel: (202) 514-4336
 Email: ryan.parker@usdoj.gov

 *Counsel for Defendants*