**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOE 1, *et al.*,
    Plaintiffs

v.

DONALD J. TRUMP, *et al.*,
    Defendants

Civil Action No. 17-1597 (CKK)

**ORDER**
(March 28, 2018)

The Court held a teleconference with the parties on March 28, 2018. During that teleconference the Court set a schedule for proceeding in this matter which, with certain additions, is memorialized below:

- Plaintiffs shall file their Amended Complaint by no later than **April 6, 2018**.

- Plaintiffs shall file their Opposition to Defendants' [97] Motion for Protective Order by no later than **April 6, 2018**.

- The **April 6, 2018** Status Hearing is **VACATED** and will be rescheduled at a later date.

- Defendants shall file their Reply in Support of their [97] Motion for Protective Order by no later than **April 13, 2018**. Pending the resolution of this motion, discovery shall proceed and Defendants shall continue to schedule depositions and produce documents

without delay.  The current deadline for the close of discovery is **VACATED** and will be reset at a later date.

- If Defendants intend to file a Motion to Dismiss Plaintiffs' Amended Complaint, they shall do so by no later than **April 20, 2018**.

- Also by **April 20, 2018**, Defendants shall file a notice with the Court indicating whether, in light of Plaintiffs' Amended Complaint, Defendants' currently-pending [96] Motion to Dissolve the Preliminary Injunction is still applicable.  If Defendants intend to make any additions or changes to that motion in light of Plaintiffs' Amended Complaint, they must do so by withdrawing their original Motion to Dissolve the Preliminary Injunction, and filing a renewed motion by **April 20, 2018**.

- Plaintiffs shall file their Oppositions to Defendants' Motion to Dismiss the Amended Complaint and Motion to Dissolve the Preliminary Injunction by no later than **May 4, 2018**.

- Defendants shall file their Replies in Support of their Motion to Dismiss and their Motion to Dissolve the Preliminary Injunction by no later than **May 17, 2018**.

**SO ORDERED.**

                                                /s/
                                          COLLEEN KOLLAR-KOTELLY
                                        United States District Judge