**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JOHN DOE 1, REGAN V. KIBBY, and DYLAN KOHERE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JAMES N. MATTIS, in his official capacity as Secretary of Defense; JOSEPH F. DUNFORD, JR., in his official capacity as Chairman of the Joint Chiefs of Staff; the UNITED STATES DEPARTMENT OF THE ARMY; MARK T. ESPER, in his official capacity as Secretary of the Army; the UNITED STATES DEPARTMENT OF THE NAVY; RICHARD V. SPENCER, in his official capacity as Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE AIR FORCE; HEATHER A. WILSON, in her official capacity as Secretary of the Air Force; the UNITED STATES COAST GUARD; KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security; the DEFENSE HEALTH AGENCY; RAQUEL C. BONO, in her official capacity as Director of the Defense Health Agency; and the UNITED STATES OF AMERICA,<br><br>Defendants. | **Civil Action No. 17-cv-1597 (CKK)** |

**NOTICE OF CHANGE OF ADDRESS**

Please note that the address for Mary Bonauto, counsel for the Plaintiffs, changed from:

    GLBTQ Legal Advocates & Defenders
    30 Winter Street, Suite 800
    Boston, MA 02108
    Phone: (617) 426-1350
    Fax: (617) 426-3594

to

GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
Phone: (617) 426-1350
Fax: (617) 426-3594

An address change request has also been sent to the Clerk's office.

Dated: April 4, 2018                                   Respectfully submitted,

                                                       */s/ Mary Bonauto*_____
                                                       Mary Bonauto (*pro hac vice*)
                                                       GLBTQ Legal Advocates & Defenders
                                                       18 Tremont Street, Ste. 950
                                                       Boston, Massachusetts 02108
                                                       Telephone: 617-426-1350
                                                       Fax: 617-426-3594