**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE 2, *et al.*,<br>    Plaintiffs<br>v.<br>DONALD J. TRUMP, *et al.*,<br>    Defendants | Civil Action No. 17-1597 (CKK) |

**ORDER**
(April 16, 2018)

On April 11, 2018, Defendants contacted chambers via e-mail to notify the Court of a discovery dispute.[1] Plaintiffs would like to schedule the deposition of the Vice Chairman of the Joint Chiefs of Staff, General Paul J. Selva. Defendants argue that they should not have to make the Vice Chairman (who is the second highest ranking uniformed military official in the armed forces) available for a deposition at this point in this litigation. They offer instead to make available Anthony Kurta, the Deputy Assistant Secretary of Defense for Military Personnel Policy. Plaintiffs would agree to depose the Vice Chairman only after deposing Mr. Kurta, but would like to at least schedule the Vice Chairman's deposition now. Plaintiffs contend that such a deposition will eventually be necessary even after they depose Mr. Kurta, because "Mr. Kurta cannot speak to the totality of the timeline or process that resulted in the position set forth in the Mattis report, including whether or to what extent that position reflected additional or different factors not previously considered by the panel of experts and whether or to what extent that position reflected the input or influence of additional military or non-military individuals or groups." Defendants oppose the scheduling of the Vice Chairman's deposition. They represent to the Court that Mr. Kurta can speak with authority to the topics quoted above.

The Court will accept Defendants' representation and, based thereon, not order Defendants to schedule the Vice Chairman's deposition at this point. Plaintiffs shall first depose Mr. Kurta. If, after deposing Mr. Kurta, Plaintiffs still contend that they need to depose the Vice Chairman, they shall meet and confer with Defendants about the prospect of a targeted deposition of the Vice Chairman. If the parties cannot reach an agreement, they may contact the Court again.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] The parties' e-mails are attached to this Order as Exhibit A.