# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 1, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　Defendants. | Civil Action No. 17-cv-1597 (CKK) |

## DEFENDANTS' NOTICE OF WITHDRAWAL
## OF ATTORNEY RYAN PARKER

Pursuant to Local Rule 83.6(b), Ryan Parker respectfully withdraws his appearance for Defendants in this matter. Defendants will continue to be represented by Andrew E. Carmichael as well as other counsel from the Department of Justice.

June 7, 2018

Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

　/s/ *Ryan Parker*
RYAN B. PARKER
ANDREW E. CARMICHAEL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 514-4336

Email: ryan.parker@usdoj.gov

*Counsel for Defendants*

2