**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOE 2, *et al.*,
    Plaintiffs

v.

JAMES N. MATTIS, *et al.*,
    Defendants

Civil Action No. 17-1597 (CKK)

**ORDER**
(August 24, 2018)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 24th day of August, 2018, hereby

**ORDERED** that Defendants' [115] Motion to Dismiss Plaintiffs' Second Amended Complaint or, in the Alternative, Defendants' Motion for Summary Judgment, is **DENIED** to the extent that Motion sought summary judgment.  The Motion was previously denied in all other respects.  It is further

**ORDERED** that Plaintiffs' [131] Cross-Motion for Summary Judgment is **DENIED**.  In lieu of granting these motions, the Court will allow the parties to continue to engage in discovery.

**SO ORDERED.**

                                                  /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge