## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE 1** *et al.*, | |
| **Plaintiffs,** | |
| v. | Civil Action No. 17-cv-1597 (CKK) |
| **DONALD J. TRUMP** *et al.*, | |
| **Defendants.** | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that all Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order of August 6, 2018, ECF No. 156, denying Defendants' motion to dissolve the preliminary injunction.

Dated: August 27, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

*/s/ Andrew E. Carmichael*
ANDREW E. CARMICHAEL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*