**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE 2,** *et al.*,<br><br>        **Plaintiffs,**<br><br>**v.**<br><br>**JAMES MATTIS,** *et al.*,<br><br>        **Defendants.** | **Civil Action No. 17-cv-1597 (CKK)** |

**DEFENDANTS' NOTICE OF FILING PETITION FOR A WRIT OF CERTIORARI
BEFORE JUDGMENT**

Defendants respectfully provide notice that on November 23, 2018, Defendants filed in the

Supreme Court a petition for a writ of certiorari before judgment.  Defendants' petition is attached.


November 27, 2018                                    Respectfully Submitted,

                                                    JOSEPH H. HUNT
                                                    Assistant Attorney General
                                                    Civil Division

                                                    BRETT A. SHUMATE
                                                    Deputy Assistant Attorney General

                                                    JOHN R. GRIFFITHS
                                                    Branch Director

                                                    ANTHONY J. COPPOLINO
                                                    Deputy Director

                                                     /s/ *Andrew E. Carmichael*
                                                    ANDREW E. CARMICHAEL
                                                    Trial Attorney
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    Tel: (202) 514-3346
                                                    Email: andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2018, I electronically filed the foregoing Notice of

Filing Petition for a Writ of Certiorari Before Judgment using the Court's CM/ECF system, causing

a notice of filing to be served upon all counsel of record.


Dated:  November 27, 2018                    /s/ *Andrew E. Carmichael*
                                        ANDREW E. CARMICHAEL
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        Tel: (202) 514-3346
                                        Email: andrew.e.carmichael@usdoj.gov

                                        *Counsel for Defendants*