## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 2, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 17-cv-1597 (CKK) |
| JAMES MATTIS, in his official capacity as Secretary of the Department of Defense, *et al.*, | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of Court and all parties of record:

Please enter the following change of address for Andrew E. Carmichael as counsel for Defendants in this matter. All future correspondences and other communications regarding this matter should be directed to Mr. Carmichael at the address and phone number below.

Dated: November 27, 2018          Respectfully submitted,

/s/ *Andrew E. Carmichael*
ANDREW E. CARMICHAEL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12108
Washington, D.C. 20530
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*