**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE 2, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 17-cv-1597 (CKK) |
| v. | ) |
| | ) |
| PATRICK SHANAHAN, in his official capacity as Secretary of the Department of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE**

In light of the district court's decision yesterday to stay the preliminary injunction in *Stone v. Trump*, No 1:17-cv-02459-GLR (D. Md. Mar. 7, 2019) (ECF No. 249), there is no longer any impediment to the military's implementation of the Mattis policy. Defendants therefore respectfully provide notice to the Court that the Acting Secretary of Defense plans to release a Directive-Type Memorandum (DTM) formally implementing the new policy in the near future. That DTM will not take effect until 30 days after its release.

Because the time for Plaintiffs to seek rehearing has not yet run, the D.C. Circuit has not issued the mandate in *Doe 2 v. Shanahan*, No. 18-5257, 2019 WL 102309 (D.C. Cir. Jan. 4, 2019) (per curiam). Nevertheless, the D.C. Circuit's judgment vacating this Court's preliminary injunction took effect when entered. In confirmation of this fact, the D.C. Circuit denied Defendant's stay motion "as moot," *id.* at *1, a ruling that necessarily presumes that this Court's injunction does not remain in effect.

March 8, 2019                                    Respectfully submitted,


                                                 JOSEPH H. HUNT
                                                 Assistant Attorney General
                                                 Civil Division

                                                 BRETT A. SHUMATE
                                                 Deputy Assistant Attorney General

                                                 JOHN R. GRIFFITHS
                                                 Branch Director

                                                 ANTHONY J. COPPOLINO
                                                 Deputy Director

                                                 /s/ Andrew E. Carmichael_____
                                                 ANDREW E. CARMICHAEL
                                                 Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 Telephone: (202) 514-3346
                                                 Email: andrew.e.carmichael@usdoj.gov

                                                 *Attorneys for Defendants*