# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-5257**  **September Term, 2018**

**1:17-cv-01597-CKK**

**Filed On: March 26, 2019** [1779587]

Jane Doe 2, et al.,

    Appellees

v.

Patrick M. Shanahan, in his official capacity as Acting Secretary of Defense, et al.,

    Appellants

### M A N D A T E

In accordance with the order of March 26, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Link to the order filed March 26, 2019