IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 2, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PATRICK SHANAHAN, in his official capacity )<br>as Secretary of the Department of Defense, *et* )<br>*al.*, )<br>)<br>Defendants. ) | Civil Action No. 17-cv-1597 (CKK) |

**PARTIES' JOINT STATUS REPORT IN RESPONSE TO
APRIL 9, 2019 ORDER**

On April 9, 2019, the Court conducted a teleconference with the parties. Following that teleconference the Court ordered the parties to file by April 16, 2019, a briefing schedule pertaining to the privilege matters still in dispute. *See* Court's Minute Order of April 9, 2019. The parties have met and conferred and jointly propose the following schedule.

By April 30, 2019, Defendants will produce the documents identified in the first paragraph of the Court's April 9, 2019, Minute Order. *See also* Joint Status Report of March 28, 2019 at 4-6, ECF No. 200.

By May 14, 2019, Defendants will produce a "Vaughn Index" to Plaintiffs encompassing the documents identified in the second paragraph of the Court's April 9, 2019, Minute Order.

By June 4, 2019, Plaintiffs will file a motion to compel documents still in dispute as described in paragraph 2 of the Court's April 9, 2019, Minute Order, to include any remaining dispute as to Defendants' clawback of certain documents.

By June 25, 2019, Defendants will file their opposition to Plaintiffs' motion to compel.

By July 2, 2019, Plaintiffs will file their reply.

| | |
|---|---|
| April 16, 2019 | Respectfully submitted, |
| | /s/  Alan E. Schoenfeld |
| Matthew E. Miller (*pro hac vice*) | Alan E. Schoenfeld (*pro hac vice*) |
| Kathleen M. Brill (*pro hac vice*) | WILMER CUTLER PICKERING |
| Michael Licker (*pro hac vice*) |     HALE & DORR LLP |
| Rachel C. Hutchinson (*pro hac vice*) | 7 World Trade Center |
| FOLEY HOAG LLP | 250 Greenwich St. |
| 155 Seaport Blvd. | New York, New York 10007 |
| Boston, Massachusetts 02210 | Telephone: 212-230-8800 |
| Telephone: 617-832-1000 | Fax: 212-230-8888 |
| Fax: 617-832-7000 | |
| | Paul R.Q. Wolfson (D.C. Bar No. 414759) |
| Theresa M. Roosevelt (D.C. Bar No. 1021853) | Kevin M. Lamb (D.C. Bar No. 1030783) |
| FOLEY HOAG LLP | WILMER CUTLER PICKERING |
| 1717 K Street NW |     HALE & DORR LLP |
| Washington, DC 20006 | 1875 Pennsylvania Ave. N.W. |
| Telephone: 202-223-1200 | Washington, D.C. 20006 |
| Fax: 202-785-6687 | Telephone: 202-663-6000 |
| | Fax: 202-663-6363 |
| Jennifer Levi (*pro hac vice*) | Harriet Hoder (*pro hac vice*) |
| Mary L. Bonauto (*pro hac vice*) | Adam M. Cambier (*pro hac vice*) |
| GLBTQ LEGAL ADVOCATES & DEFENDERS | WILMER CUTLER PICKERING |
| 18 Tremont St., Ste. 950 |     HALE & DORR LLP |
| Boston, Massachusetts 02108 | 60 State Street |
| Telephone: 617-426-1350 | Boston, Massachusetts 02109 |
| Fax: 617-426-3594 | Telephone: 617-526-6000 |
| | Fax: 617-526-5000 |
| Shannon P. Minter (*pro hac vice*) | |
| Amy Whelan (*pro hac vice*) | Nancy Lynn Schroeder (*pro hac vice*) |
| Chris Stoll (*pro hac vice*) | WILMER CUTLER PICKERING |
| NATIONAL CENTER FOR LESBIAN RIGHTS |     HALE & DORR LLP |
| 870 Market St., Ste. 370 | 350 S. Grand Ave., Ste. 2100 |
| San Francisco, California 94102 | Los Angeles, California 90071 |
| Telephone: 415-392-6257 | Telephone: 213-443-5300 |
| Fax: 415-392-8442 | Fax: 213-443-5400 |
| | |
| | *Attorneys for Plaintiffs* |

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JOHN R. GRIFFITHS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

/s/ Andrew E. Carmichael
ANDREW E. CARMICHAEL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Attorneys for Defendants*