UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 2, *et al.*, <br> Plaintiffs <br> v. <br> MARK T. ESPER, *et al.*, <br> Defendants | Civil Action No. 17-1597 (CKK) |

**ORDER**
(September 13, 2019)

For the reasons stated in the accompanying Memorandum Opinion, which is under seal, it is hereby **ORDERED** that

Plaintiffs' [226] Motion in Opposition to Defendants' Claw-Back Notice Pursuant to the Court's June 24, 2019 Minute Order is **DENIED**. Plaintiffs may not rely on the challenged document, which is under seal, and must comply with the return or destruction requirements of the 502(D) Order.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge