IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 2, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*,<br><br>Defendants. | Civil Action No. 17-cv-1597 (CKK) |

**JOINT STATUS REPORT AND REQUEST FOR STAY**

On January 25, 2021, President Biden issued an executive order ("Executive Order 14004") "revok[ing]" "the Presidential Memorandum of March 23, 2018," challenged in this case. E.O. No. 14004 §§ 1, 2 (Jan. 25, 2021), ECF No. 251-1. Executive Order 14004 provides that "[t]he Secretary of Defense, and Secretary of Homeland Security with respect to the Coast Guard, shall, after consultation with the Joint Chiefs of Staff about how best to implement this policy and consistent with applicable law, take all necessary steps to ensure that all directives, orders, regulations, and policies of their respective departments are consistent with this order" including by "establishing a process by which transgender service members may transition gender while serving, along with any further steps that the Secretary of Defense and Secretary of Homeland Security deem appropriate to advance the policy described in section 1 of this order." *Id.* § 3(a). And Executive Order 14004 further provides that "[t]he Secretary of Defense and the Secretary of Homeland Security shall report to [the President] within 60 days of the date of this order on their

progress in implementing the directives in this order and the policy described in section 1 of this order." *Id.* § 3(d).

On January 25, 2021, Defendants filed a Notice of Executive Order, attaching Executive Order 14004 as Exhibit 1. ECF No. 251. In the resulting January 26, 2021 Minute Order, this Court ordered the parties to "indicate in their Joint Status Report due February 4, 2021 the effect of the Executive Order on the proceedings of this case, including whether a stay is appropriate." *See* Min. Order (Jan. 26, 2021 at 9:25 A.M.) (internal citation omitted).

In their February 2, 2021 Joint Status Report (ECF No. 252), the parties requested that the case be stayed until April 9, 2021, 14 days after the 60-day period referenced in Executive Order 14004. In the resulting February 2, 2021 Minute Order, this Court ordered the case stayed until April 9, 2021 and further ordered the parties to file a Joint Status Report on April 9, 2021, "setting forth their respective positions regarding what additional proceedings will be necessary in this case." *See* Min. Order (Feb. 2, 2021 at 3:00 P.M.)

On March 31, 2021, Defendants provided Plaintiffs with copies of Department of Defense Instruction ("DoDI") 6130.03 (Medical Accession Standards) and DoDI 1300.28 (In Service Transition), which implemented Executive Order 14004 for the Department of Defense and rescinded the policy challenged in this case. *See* Exhibits A & B. Both DoDI 6130.03 and DoDI 1300.28 take effect on April 30, 2021.

Accordingly, to allow time for DoDI 6130.03 and DoDI 1300.28 to take effect, and for the parties to determine thereafter what proceedings, if any, will be necessary in this case, the parties respectfully request that this case be stayed until June 11, 2021. The parties further request that they be Ordered to file a Joint Status Report by June 11, 2021, setting forth their respective positions regarding what proceedings, if any, will be necessary thereafter in this case.

| | |
|---|---|
| Dated: April 9, 2021 | Respectfully Submitted, |
| | |
| Jennifer Levi (*pro hac vice*) | /s/ *Thomas E. Redburn, Jr.* |
| Mary L. Bonauto (*pro hac vice*) | Thomas E. Redburn, Jr. |
| GLBTQ LEGAL ADVOCATES & DEFENDERS | Jennifer Fiorica Delgado |
| 18 Tremont Street, Suite 950 | Meg Slachetka |
| Boston, Massachusetts 02108 | LOWENSTEIN SANDLER LLP |
| Tel: 617-426-1350 | 1251 Avenue of the Americas |
| Fax: 617-426-3594 | New York, New York 10020 |
| | Tel: 212-262-6700 |
| Shannon P. Minter (*pro hac vice*) | Fax: 212-262-7402 |
| Amy Whelan (*pro hac vice*) | |
| Chris Stoll (*pro hac vice*) | Adam G. Unikowsky (DC Bar No. 989053) |
| NATIONAL CENTER FOR LESBIAN RIGHTS | JENNER & BLOCK LLP |
| 870 Market Street, Suite 370 | 1099 New York Ave., NW, Suite 900 |
| San Francisco, California 94102 | Washington, DC 20001 |
| Tel: 415-392-6257 | Tel: 202-639-6041 |
| Fax: 415-392-8442 | Fax: 202-639-6066 |

Matthew E. Miller (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: 617-832-1000
Fax: 617-832-7000

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Andrew E. Carmichael*
ANDREW E. CARMICHAEL
Senior Trial Counsel
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Attorneys for Defendants*