IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 2, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, <br><br> Defendants. | Civil Action No. 17-cv-1597 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 10, 2021 Minute Order, the parties submit the following update on the status of the litigation. The parties have reached an agreement in principle to fully resolve this litigation, including the allocation of all costs and fees between the parties. The parties are currently in the process of drafting the necessary documents to implement their agreement and stipulate to dismissal of this case. The parties do not believe that any impediment exists which would prevent the finalization of their agreement. Defendants have already obtained approval and authorization within the government for the agreement in principle. However, the parties require additional time to complete relevant documents. Accordingly, the parties jointly request an extension of the present stay until August 26, 2021. The parties anticipate that on or before that date, they will finalize their agreement and stipulate to dismissal of this case.

July 29, 2021                                                         Respectfully Submitted,

Jennifer Levi (*pro hac vice*)
Mary L. Bonauto (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, Massachusetts 02108
Tel: 617-426-1350
Fax: 617-426-3594

Shannon P. Minter (*pro hac vice*)
Amy Whelan (*pro hac vice*)
Chris Stoll (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Tel: 415-392-6257
Fax: 415-392-8442

Matthew E. Miller (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: 617-832-1000
Fax: 617-832-7000
*Attorneys for Plaintiffs*

*/s/ Thomas E. Redburn, Jr.*
Thomas E. Redburn, Jr.
Jennifer Fiorica Delgado
Meg Slachetka
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, New York 10020
Tel: 212-262-6700
Fax: 212-262-7402

Adam G. Unikowsky (DC Bar No. 989053)
JENNER & BLOCK LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Tel: 202-639-6041
Fax: 202-639-6066

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Andrew E Carmichael*
ANDREW E. CARMICHAEL
Senior Trial Counsel
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov
*Attorneys for Defendants*