IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 2, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, <br><br> Defendants. | Civil Action No. 17-cv-1597 (CKK) |

**STIPULATION OF DISMISSAL WITH PREJUDICE (FED R. CIV. P. 41)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in light of Executive Order 14004 "revok[ing]" "the Presidential Memorandum of March 23, 2018," challenged in this case, E.O. No. 14004 §§ 1, 2 (Jan. 25, 2021), as well as the issuance of Department of Defense Instruction ("DoDI") 6130.03 (Medical Accession Standards) and DoDI 1300.28 (In Service Transition), which implemented Executive Order 14004 for the Department of Defense, Plaintiffs Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, John Doe 1, Regan V. Kibby, and Dylan Kohere (collectively "Plaintiffs"), and Defendants Lloyd J. Austin III, in his official capacity as Secretary of Defense, Mark A. Milley, in his official capacity as Chairman of the Joint Chiefs of Staff, the United States Department of the Army, Christine E. Wormuth, in her official capacity as Secretary of the Army, the United States Department of the Navy, Carlos Del Toro, in his official capacity as Secretary of the Navy, the United States Department of the Air Force, Frank Kendall, in his

official capacity as Secretary of the Air Force, the United States Coast Guard, Alejandro N. Mayorkas, in his official capacity as Secretary of Homeland Security, the Defense Health Agency, Ronald J. Place, in his official capacity as Director of the Defense Health Agency, and the United States of America, (collectively "Defendants," and together with Plaintiffs, "Parties"), hereby stipulate to the dismissal of the above-captioned case, with prejudice.

August 19, 2021

Respectfully Submitted,

Jennifer Levi (*pro hac vice*)
Mary L. Bonauto (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, Massachusetts 02108
Tel: 617-426-1350
Fax: 617-426-3594

Shannon P. Minter (*pro hac vice*)
Amy Whelan (*pro hac vice*)
Chris Stoll (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Tel: 415-392-6257
Fax: 415-392-8442

Matthew E. Miller (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: 617-832-1000
Fax: 617-832-7000
*Attorneys for Plaintiffs*

/s/ Thomas E. Redburn, Jr.
Thomas E. Redburn, Jr.
Jennifer Fiorica Delgado
Meg Slachetka
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, New York 10020
Tel: 212-262-6700
Fax: 212-262-7402

Adam G. Unikowsky (DC Bar No. 989053)
JENNER & BLOCK LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Tel: 202-639-6041
Fax: 202-639-6066

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Andrew E Carmichael*
ANDREW E. CARMICHAEL
Senior Trial Counsel
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Attorneys for Defendants*