# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE 2, *et al.*,<br>    Plaintiffs,<br>v.<br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*,<br>    Defendants. | Civil Action No. 17-1597 (CKK) |

**ORDER**
(August 20, 2021)

In light of the parties' [258] Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 20th day of August, 2021, hereby

**ORDERED** that this case is **DISMISSED with prejudice**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge